IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> IMMUNIZATION ACCESS <br> PROVIDERS, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | 15-cv-8645 |

**NOTICE OF SETTLEMENT**

Plaintiff Glen Ellyn Pharmacy, Inc. and defendant, Immunization Access Providers, Inc., have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 45 days.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on October 29, 2015, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, and shall cause to be served, as soon as service may be effectuated, a true and accurate copy of such filing via US Mail upon the following parties:

    Immunization Access Providers, Inc.
    C/O John Guinan
    999 Ponce de Leon Boulevard, Suite 515
    Coral Gables, Florida 33134

                              /s/
                              Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)