# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Harry D. Leinenweber |
| | ) | |
| v. | ) | 15-cv-8645 |
| | ) | |
| IMMUNIZATION ACCESS | ) | |
| PROVIDERS, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## FED.R.CIV.P. 41(a)(1)
## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Glen Ellyn Pharmacy, Inc. ("Plaintiff"), hereby dismisses its individual claims against Defendant, Immunization Access Providers, Inc. with prejudice, with each party bearing its own costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Dulijaza Clark, certify that on December 9, 2015, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served as indicated on the following parties:

*Via U.S. Mail and email on the following party*:

Immunization Access Providers, Inc.
C/O John Guinan
999 Ponce de Leon Boulevard, Suite 515
Coral Gables, Florida 33134

                                                /s/ Dulijaza Clark
                                                Dulijaza (Julie) Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)